■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO GILBERT, Appellant. [759 NYS2d 340] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 10, 1984 (*People v Gilbert,* 106 AD2d 460 [1984]), affirming a judgment of the County Court, Westchester County, rendered June 26, 1981.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Ritter, Florio and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE JOHNSON, Appellant. [759 NYS2d 530] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Silverman, J.), rendered April 13, 1999, convicting him of criminal sale of a controlled substance in or near school grounds, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The court properly permitted the People to elicit testimony from a detective on redirect examination regarding the voucher numbers in his records. During cross-examination, the defense counsel questioned the detective about a discrepancy between the voucher numbers in his paperwork. This line of questioning afforded the People an opportunity to clarify and explain the discrepancy (*see generally People v Melendez,* 55 NY2d 445, 451 [1982]; *People v Johnson,* 296 AD2d 422 [2002], *lv denied* 99 NY2d 537 [2002]).

Contrary to the defendant's contention, the comments made by the prosecutor during summation do not require reversal. The alleged improper remarks were either a fair response to the defense counsel's summation (*see People v Stith,* 291 AD2d 576 [2002]; *People v Nelson,* 288 AD2d 329 [2001]; *People v Elliot,* 216 AD2d 576 [1995]; *People v Russo,* 201 AD2d 512, 513 [1994], *affd* 85 NY2d 872 [1995]), or fair comment on the evidence and the inferences to be drawn therefrom (*see People v McHarris,* 297 AD2d 824, 825 [2002]). S. Miller, J.P., Krausman, Luciano and Mastro, JJ., concur.